AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No.  24- M J - 7148
U.S. Postal Service Priority Mail Parcel # 9405 5362 )
0624 8692 7198 11 )
)

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Central_____ District of _____Illinois_____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A, which is attached hereto and specifically incorporated herein.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

controlled substances and evidence of drug trafficking

**YOU ARE COMMANDED** to execute this warrant on or before _____8/29/2024_____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____U.S. Magistrate Judge Eric I. Long_____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☒ for 30 days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 8/16/2024; 12:36 p.m.

*Eric Long* — Digitally signed by Eric Long Date: 2024.08.16 12:37:17 -05'00'
*Judge's signature*

City and state: Urbana, IL   Eric I. Long, United States Magistrate Judge
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>24-MJ-7148 | Date and time warrant executed:<br>8/16/2024 at 1:01 p.m. | Copy of warrant and inventory left with:<br>N/A |
| Inventory made in the presence of :<br>Lt. Chad Dumonceaux (ISP) | | |
| Inventory of the property taken and name of any person(s) seized: | | |

USPS Priority Mail parcel #9405 5362 0624 8692 7198 11:
- 5 blister packs of Rivotril (Clonazepam) weighing approximately 16g, with packaging. (50 tablets)

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 8/23/2024

redacted

Executing officer's signature

USPIS TFO Jonathan Haley

Printed name and title

# ATTACHMENT A

| | |
|---|---|
| SUBJECT PARCEL: | ISP Zone 5 Champaign Office |
| | 2125 S First St, Champaign IL 61820 |
| USPS Tracking Number: | 9405 5362 0624 8692 7198 11 |
| Sender Address: | WKelly LLC |
| | 1242 Empire Ave, Camden, NJ 08103 |
| Recipient Address: | Justin Sloan |
| | 2001 Douglas Ave, IL 61938 |
| Parcel Dimensions: | 10 inches x 6 inches |
| Parcel Weight: | 2.72 ounces |



## ATTACHMENT B

Evidence of shipping narcotics in the drug trafficking trade, including but not limited to, controlled substances, analog substances there-of, packaging, proceeds, United States Currency, correspondence, written correspondence, identification of sender or receiver, evidence of payment proceeds or receipt, or any paraphernalia related to violations of 21 U.S.C. § 841(a)(1) or 18 U.S.C. § 1952.